**Rodney L. McKOWN, Appellant,**

v.

**Terry WEBB, et al., Respondent.**

**No. 64985.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 17, 1995.

Motion for Transfer to
Supreme Court Denied March 1, 1995.

Rodney L. McKown, party acting pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., John R. Munich, B. Michelle Ward, Asst. Attys. Gen., Jefferson City, for respondent.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

*ORDER*

PER CURIAM.

Plaintiff appeals the trial court's grant of defendants' motion to dismiss for failure to state a claim upon which relief could be granted. Plaintiff, an inmate at Farmington Correctional Center, alleged in his petition two correctional officers and one correctional supervisor were negligent in permitting his stereo to be stolen. We affirm. No jurisprudential purpose would be served by a written opinion. The judgment is affirmed in accordance with Rule 84.16(b).